IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE  LEWIS  T.  BABCOCK

_____

Courtroom Deputy: LaDonne Bush          Date: November 30, 2011
Court Reporter: Gwen Daniel             Probation: Jan Woll
                                        Interpreter: Ruth Warner


_____

Criminal Action No. 11-cr-00287-LTB      *Counsel:*

UNITED STATES OF AMERICA,                Robert Brown

        Plaintiff,

v.

1. FERNANDO HERNANDEZ-ROSALES,           Brian Leedy

        Defendant.

_____

## COURTROOM MINUTES - SENTENCING
_____

9:02 a.m.      Court in Session.

Defendant is present and in custody.

Interpreter sworn.

| Defendant plead guilty to Count 1 of the Indictment on September 20, 2011. |

Argument regarding Defendant's Motion for a Variant Sentence.

Statement by Defendant.

Court's findings.

**ORDERED:**  Defendant's Motion for a Variant Sentence (Doc. 22) is granted to 36
             months.

1

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 36 months.

**ORDERED**:   Defendant shall not illegally possess a firearm or a controlled substance.

**ORDERED:**   Defendant shall not reenter the United States illegally.

**ORDERED:**   Defendant shall pay a special assessment of $100.00 which is due immediately.

**ORDERED:**   No fine is imposed because Defendant has no ability to pay a fine.

Defendant is advised of his right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal.

10:15 a.m.   Court in Recess.

Hearing concluded

Time:  01:13